**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| RAFAEL ANTONIO BRAN-SABAJAN, Petitioner, v. ERIC H. HOLDER Jr., Attorney General, Respondent. | No. 08-73091 Agency No. A047-041-997 MEMORANDUM [*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted November 17, 2009 [**]

Before:   ALARCÓN, TROTT, and TASHIMA, Circuit Judges.

Rafael Antonio Bran-Sabajan, a native and citizen of Guatemala, petitions

for review of the Board of Immigration Appeals' order dismissing his appeal from

an immigration judge's removal order.  We have jurisdiction under 8 U.S.C.

---

[*]   This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]   The panel unanimously finds this case suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

CG/Research

§ 1252. We review de novo questions of law, *Hughes v. Ashcroft*, 255 F.3d 752, 755 (9th Cir. 2001), and we deny in part and dismiss in part the petition for review.

Bran-Sabajan's contention that he became a United States citizen pursuant to the Child Citizenship Act of 2000 ("CCA"), 8 U.S.C. § 1431, is foreclosed because he was over 18 years old on the CCA's effective date. *Id.* at 760.

Bran-Sabajan lacks standing to raise his constitutional challenges regarding the CCA. Because he could not meet the CCA's requirements regardless of whether the statute applied retroactively, he has not suffered an injury that is likely to be redressed by a favorable decision of the Court. *See Friends of the Earth, Inc. v. Laidlaw Envtl. Serv., Inc.*, 528 U.S. 167, 180-81 (2000).

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**